UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL GOINS<br><br>Defendant. | Case Number: 5:24-mj-74-DW<br><br>Case No. Pending in the<br>District of Columbia: 1:24-MJ-162<br><br>REPORT AND ORDER ON<br>PROCEEDINGS UNDER<br>RULES 5(c)(3) AND 5.1 |
|---|---|

The defendant is charged in the District of Columbia In a Criminal Complaint. The defendant has been arrested in this district on a warrant issued in the District of Columbia and has appeared before me for proceedings as follows:

**Rule 5(c)(3)   Transfer**

☑ The government has produced a copy of the warrant, and *the defendant has waived his right to an identity hearing*

☐ The defendant elected to have an identity hearing in the district where the prosecution is pending.

**Rule 5.1   Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing

☑ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

   ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

   ☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)   Detention Hearing**

☑ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing

- ☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.

- ☒ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  - ☐ The defendant should be detained
  - ☒ The defendant should be released on bond.

**ORDER ENTERED ON REPORT:**

TO THE UNITED STATES MARSHAL:

- ☐ You are commanded to transfer the above-named defendant forthwith to the district in which the defendant is charged and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.
- ☒ IT IS ORDERED that this defendant be discharged from custody, subject to the conditions in the Order Setting Conditions of Release.

Dated this 10th day of May, 2024.

BY THE COURT:

_____
DANETA WOLLMANN
UNITED STATES MAGISTRATE JUDGE